### ORDER

PER CURIAM.

AND NOW, this 19th day of August, 2014, the Order of the Commonwealth Court is **AFFIRMED.** The Application for Relief and Application for Leave to Amend Appellant's Brief are **DENIED.**

is **GRANTED.** The judgment of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Superior Court to consider the implications of Pa.R.A.P. 1925(c), as outlined in the dissenting statement by Judge Fitzgerald. *See* Pa.R.A.P. 1925(c)(3) (where an "appellate court is convinced that counsel has been *per se* ineffective, the appellate court shall remand for the filing of a Statement *nunc pro tunc* and for the preparation and filing of an opinion by the judge.").

■

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Neil Andrew NEIDIG, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 19, 2014.

### ORDER

PER CURIAM.

AND NOW, this 19th day of August, 2014, the Petition for Allowance of Appeal

■

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**Nelson ALVARADO–LENHART,**
**Respondent.**

Supreme Court of Pennsylvania.

Aug. 19, 2014.

### ORDER

PER CURIAM.

AND NOW, this 19th day of August, 2014, the Petition for Allowance of Appeal